UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 11-2525 (DEA) |
| DAVID WAX and JUDY WAX | : | <u>SEALING ORDER</u> |

This matter having come before the Court upon the application of the United States of America (Jennifer Davenport, Assistant U.S. Attorney, appearing), for arrest warrants, and the concurrent application that the complaint filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 27th day of May, 2011,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish their purpose, the complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge